**TECHNOLOGY LICENSING COMPANY INC.**
John W. Carpenter, Esq., State Bar No. 221708
33 ½ Los Pinos
Nicasio, CA  94946
Telephone:    (415)577-0698
Facsimile:    (866)410-6248
Email:        john@jwcarpenterlaw.com

*E-FILED 1/20/09*

Attorneys for Plaintiff, Technology Licensing Company Inc.

**HANDAL & ASSOCIATES**
Attorneys at Law
Anton N. Handal, Esq.,   State Bar No. 113812
Gabriel G. Hedrick Esq., State Bar No. 220649
Pamela C. Chalk, Esq.,   State Bar No. 216411
1200 3rd Avenue, Suite 1321
San Diego, CA  92101
Telephone:    (619) 544-6400
Facsimile:    (619) 696-0323
Email:        anh@handal-law.com
              ghedrick@handal-law.com
              pchalk@handal-law.com

Attorneys for Defendant, jWin Electronics

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CO.<br><br>Plaintiff,<br><br>vs.<br><br>JWIN ELECTRONICS CORP., ET AL.<br><br>Defendant. | CASE NO.: 5:08-cv-03802-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Judge: Honorable Judge Richard Seeborg**<br>_____ |

   IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel of record, as follows:

-1-
**STIPULATION AND [PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE**

1    WHEREAS, the Initial Case Management Conference in this matter was set for
2 November 26, 2008;
3    WHEREAS, the Court continued said Initial Case Management Conference to
4 January 28, 2009 pursuant to the stipulation of the parties;
5    WHEREAS, the parties have been discussing settlement and have exchanged drafts
6 of settlement agreements;
7    WHEREAS, the parties believe that they are close to settling this matter;
8    WHEREAS, the parties agree that they need further time to finalize the terms of the
9 settlement agreement;
10    WHEREAS, the parties are hopeful that they will be able to resolve this matter
11 without the need for the Court's involvement;
12    WHEREAS, such a resolution would be in the interest of both parties as their legal
13 fees would be reduced;
14    WHEREAS, the parties are requesting only a short one (1) week continuance of the
15 Case Management Conference;
16    WHEREAS, the parties have agreed that it would be in the best interest of the
17 parties to seek a continuance of the Initial Case Management Conference to February 4, 2009 or to
18 another date thereafter as the Court's calendar permits;
19    ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the initial case
20 management conference in this matter shall be continued to February 4, 2009, or whatever date
21 thereafter the Court sets.  The parties shall file a Joint Case Management Statement not less than
22 ten (10) calendar days before the date for which the conference is set.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

-2-
**STIPULATION AND [PROPOSED] ORDER CONTINUING**
**INITIAL CASE MANAGEMENT CONFERENCE**

Respectfully submitted,

DATED: January 16, 2009                TECHNOLOGY LICENSING COMPANY


By /s/John W. Carpenter
   John W. Carpenter. Esq.
   Attorneys for Plaintiff


DATED: January 16, 2009                HANDAL & ASSOCIATES


By /s/Gabriel G. Hedrick
   Anton N. Handal, Esq.
   Gabriel G. Hedrick, Esq.
   Pamela C. Chalk, Esq.
   Attorneys for Defendant jWin

## **ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated January 20, 2009                         _____
                                                The Honorable Richard Seeborg
                                                United States Magistrate

## **ATTESTATION OF E-FILED SIGNATURE**

I, Gabriel G. Hedrick, attest that signatory John Carpenter has read and approved the STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE and consents to its filing in this action.


                                                /s/Gabriel G. Hedrick
                                                Gabriel G. Hedrick, Esq.