1  **TECHNOLOGY LICENSING COMPANY INC.**
   John W. Carpenter, Esq., State Bar No. 221708           *E-FILED 2/3/09*
2  33 ½ Los Pinos
   Nicasio, CA  94946
3  Telephone:     (415)577-0698
   Facsimile:      (866)410-6248
4  Email:             john@jwcarpenterlaw.com

5  Attorneys for Plaintiff, Technology Licensing Company Inc.

6

7  **HANDAL & ASSOCIATES**
   Attorneys at Law
8  Anton N. Handal, Esq.,   State Bar No. 113812
   Gabriel G. Hedrick Esq.,State Bar No.  220649
9  Pamela C. Chalk, Esq.,   State Bar No. 216411
   1200 3rd Avenue, Suite 1321
10 San Diego, CA  92101
   Telephone:     (619) 544-6400
11 Facsimile:      (619) 696-0323
   Email:             anh@handal-law.com
12                     ghedrick@handal-law.com
                       pchalk@handal-law.com
13
   Attorneys for Defendant, jWin Electronics
14

15                               **UNITED STATES DISTRICT COURT**

16                               **NORTHERN DISTRICT OF CALIFORNIA**

17 | TECHNOLOGY LICENSING CO. | CASE NO.: 5:08-cv-03802-RS |

18 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

19 | vs. | |

20 | JWIN ELECTRONICS CORP., ET AL. | **Judge: Honorable Judge Richard Seeborg** |

21 | Defendant. | _____ |

25       IT IS HEREBY STIPULATED by and between the parties herein, through their respective
26 counsel of record, as follows:

-1-
**STIPULATION AND [PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE**

1      WHEREAS, the Initial Case Management Conference in this matter was set for
2 November 26, 2008;

3      WHEREAS, the Court continued said Initial Case Management Conference to
4 January 28, 2009 pursuant to the stipulation of the parties;

5      WHEREAS, the Court continued the Initial Case Management Conference to
6 February 4, 2009 pursuant to the stipulation of the parties;

7      WHEREAS, the Court continued the Initial Case Management Conference to
8 February 11, 2009 pursuant to its own order;

9      WHEREAS, Plaintiff's counsel is scheduled to be out-of-State until February 14,
10 2009 while his wife obtains medical treatment;

11     WHEREAS, the parties believe that they are close to settling this matter;

12     WHEREAS, the parties agree that it is important to accommodate the important
13 and unavoidable family matters being attended to by Plaintiff's counsel;

14     WHEREAS, the parties agree that they need further time to finalize the terms of the
15 settlement agreement;

16     WHEREAS, the parties are hopeful that they will be able to resolve this matter
17 without the need for the Court's involvement;

18     WHEREAS, such a resolution would be in the interest of both parties as their legal
19 fees would be reduced;

20     WHEREAS, the parties are requesting only a short one (1) week continuance of the
21 Case Management Conference;

22     WHEREAS, the parties have agreed that it would be in the best interest of the
23 parties to seek a continuance of the Initial Case Management Conference to February 18, 2009 or
24 to another date thereafter as the Court's calendar permits;

25     ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the initial case
26 management conference in this matter shall be continued to February 18, 2009, or whatever date
27 thereafter the Court sets.  The parties shall file a Joint Case Management Statement not less than
28 ten (10) calendar days before the date for which the conference is set.

-2-
**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE**

Respectfully submitted,

DATED: January 16, 2009                TECHNOLOGY LICENSING COMPANY


                                       By /s/John W. Carpenter
                                          John W. Carpenter. Esq.
                                          Attorneys for Plaintiff


DATED: January 16, 2009                HANDAL & ASSOCIATES



                                       By /s/Gabriel G. Hedrick
                                          Anton N. Handal, Esq.
                                          Gabriel G. Hedrick, Esq.
                                          Pamela C. Chalk, Esq.
                                          Attorneys for Defendant jWin


## **ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED. The Case Management Conference shall be held on February 25, 2009 at 2:30 p.m

Dated February 3, 2009                 _____

                                       The Honorable Richard Seeborg
                                       United States Magistrate


## **ATTESTATION OF E-FILED SIGNATURE**

I, Gabriel G. Hedrick, attest that signatory John Carpenter has read and approved the STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE and consents to its filing in this action.


                                        /s/Gabriel G. Hedrick
                                        Gabriel G. Hedrick, Esq.