IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JWIN ELECTRONICS CORPORATION, et al.,<br><br>　　　　Defendants.　　　　　　　　　／ | No. C 08-03802 JSW<br><br>**ORDER TO SHOW CAUSE** |

　　The Court has received the parties' joint case management statement. In that statement, Plaintiff states that Defendant J&R Electronics has not yet been served. This action was filed on August 8, 2008, and Plaintiff's First Amended Complaint was filed on September 24, 2008. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why J&R Electronics should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff's response shall be due by no later than March 20, 2009.

　　**IT IS SO ORDERED.**

Dated: March 10, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE