1

2   John W. Carpenter (Bar No. 221708)
3   33-1/2 Los Pinos
    Nicasio, CA  94946
4   john@jwcarpenterlaw.com
5   Telephone: (415) 577-0698
    Facsimile: 1-866 -410-6248
6

7   Attorneys for Plaintiff

8

9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION

11

12
                                              CASE NO.  CV 08-03802  (JSW)
13  TECHNOLOGY LICENSING
    COMPANY, INC                               **MOTION AND [PROPOSED] ORDER FOR DISMISSAL**
14                                             **WITHOUT PREJUDICE OF  J &  R ELECTRONICS**
         Plaintiff,
15

16       vs.                                   JUDGE:   Jeffrey S. White

17  JWIN ELECTRONICS CORP, and
    J & R ELECTRONICS,
18

19       Defendants.

20

21

22

23

24       Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Technology

25  Licensing Company, Inc., hereby dismisses J & R ELECTRONICS without prejudice, preserving

26  for Plaintiff such other causes (e.g. infringement) against  J  &  R ELECTRONICS.

27

28

1

1

2

Respectfully submitted,

3

DATED: *March 13*, 2009

JOHN W. CARPENTER

4

5

6

By _____

7

John W. Carpenter

8

Attorney for Plaintiff, Technology Licensing Co., Inc

9

10

11

12

**ORDER**

13

14

IT IS SO ORDERED.

15

16

17

Dated: March 13, 2009
_____

18

The Honorable Jeffrey S. White
United States District Judge

19

20

21

22

23

24

25

26

27

28