1  JOHN WADE CARPENTER (SBN 221708)
   *john@jwcarpenterlaw.com*
2  TECHNOLOGY LICENSING COMPANY, INC.
   33-1/2 Los Pinos
3  Nicasio , California 94946
   Telephone:    415.577.0698
4  Facsimile:    1-866-410-6248

5  Attorneys for Plaintiff
   TECHNOLOGY LICENSING COMPANY, INC.
6

7  **HANDAL & ASSOCIATES**
   Attorneys at Law
8  Anton N. Handal, Esq.,   State Bar No. 113812
   Gabriel G. Hedrick Esq.,State Bar No.  220649
9  Pamela C. Chalk, Esq.,   State Bar No. 216411
   1200 3rd Avenue, Suite 1321
10 San Diego, CA  92101

11 Telephone:    619.544.6400
   Facsimile:    619.696.0323
12
   Attorneys for Defendant
13 JWIN ELECTRONICS

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

17

|  |  |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC.,<br><br>Plaintiff<br><br>    v.<br><br>JWIN ELECTRONICS CORP.<br><br>Defendant | CASE NO.  5:08-cv-03802-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Judge Jeffrey S. White |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL                                                                      (CASE NO. CV-08-03802- JSW)

Pursuant to a confidential settlement agreement and release, IT IS HEREBY STIPULATED by and between Plaintiff TECHNOLOGY LICENSING COMPANY, INC. ("TLC") and Defendant JWIN ELECTRONICS CORP. ("JWIN"), through their counsel of record, that the above-captioned action, including all claims, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

Dated: June 25, 2009       TECHNOLOGY LICENSING COMPANY, INC.

By: /s/ John Wade Carpenter
         John Wade Carpenter

Attorneys for Plaintiff

TECHNOLOGY LICENSING COMPANY, INC.

Dated: June 25, 2009       HANDAL & ASSOCIATES

By: /s/ Gabriel G. Hedrick
         Gabriel G. Hedrick

Attorneys for Defendant

JWIN ELECTRONICS CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 16, 2009

*Jeffrey S. White*
Jeffrey S. White
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL     - 2 -     (CASE NO. CV-08-03802-JSW)